RECEIVED BY MAIL
FEB 0 3 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Paul Hansmeier,
    Plaintiff,

v.

Randall Seaver,
    Defendant.

Case No. 20-cv-219 (WMW)

## STATEMENT OF THE ISSUES

Plaintiff/Appellant respectfully identifies the following issues on appeal:

1. Did the bankruptcy court err by dismissing Hansmeier's complaint for failure to state a claim and for lack of subject matter jurisdiction?

2. Did the bankruptcy court err by dismissing Hansmeier's complaint with prejudice?

3. Did the Chapter 7 Trustee's false declarations of service deprive Hansmeier of adequate due process where Hansmeier, as a pro se prisoner, had no independent means of reviewing the bankruptcy court's docket?

Respectfully submitted,

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

SCANNED
FEB 03 2020
U.S. DISTRICT COURT MPLS